## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JEROME PRESTLY** | * | **CIVIL ACTION NO.: 18-555** |
| **VERSUS** | * | **MAGISTRATE JUDGE RICHARD L. BOURGEOIS** |
| **AVERITT EXPRESS, INC.** | * | |
| | * | **JUDGE JOHN W. DEGRAVELLES** |

## ORDER OF DISMISSAL

Considering the Joint Motion to Dismiss with Prejudice, filed by all parties herein;

IT IS ORDERED that the Joint Motion to Dismiss with Prejudice is GRANTED;

IT IS FURTHER ORDERED that the above entitled matter, and all claims and causes of action asserted therein, be and are hereby dismissed, with prejudice, with each party to bear their own costs.

Baton Rouge, Louisiana, this __28th__ day of __March__, 2019.

_____
**HONORABLE JOHN W. DEGRAVELLES**
JUDGE - UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA